UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE:<br>    COMFORT BEDDING<br>    & FURNITURE, INC.,<br>                Debtor | )<br>)<br>)<br>)<br>)<br>) | CHAPTER 11<br>CASE NO. 11-42740-MSH |

**NOTICE OF APPEARANCE**
**AND REQUEST FOR SERVICE OF ALL PAPERS**

     PLEASE TAKE NOTICE that the undersigned hereby enters his appearance on behalf of Enterprise Bank and Trust Company ("Enterprise"), an interested party in the within case, and hereby requests that all notices given, or required to be given in this case, and all papers served, or required to be served in this case, be given to and served upon:

Paul G. Crochiere, Esquire
Regnante, Sterio & Osborne LLP
Edgewater Office Park
401 Edgewater Place, Suite 630
Wakefield, MA 01880-6210

and that the foregoing attorney be added to any service list in this case.

     PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, the notices and papers referred to in Bankruptcy Rules 2002 and 9007 and includes, without limitation, notices of any orders, applications, demands, complaints, hearings, motions, objections, petitions, pleadings or requests, and any other documents brought before the Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier or otherwise.

     This Notice of Appearance shall not be deemed or construed to be a waiver of the rights of Enterprise to: (i) have final Orders in non-core matters entered only after *de novo* review; (ii) trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case; (iii) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, set-offs or recoupment to which Enterprise is or may be entitled, all of which are expressly reserved.

|  |  |
|---|---|
|  | ENTERPRISE BANK AND TRUST COMPANY,<br>By its attorneys,<br><br>REGNANTE, STERIO & OSBORNE LLP |
| Dated: July _/_, 2011 | By _/s/ Paul G. Crochiere_<br>PAUL G. CROCHIERE - BBO NO. 547646<br>Edgewater Office Park<br>401 Edgewater Place, Suite 630<br>Wakefield, MA 01880-6210<br>(781) 246-2525<br>E-mail: pcrochiere@regnante.com |

2

## CERTIFICATE OF SERVICE

I, Paul G. Crochiere, attorney for Enterprise Bank and Trust Company, hereby certify that the within Notice of Appearance and Request for Service of All Papers by sending same via the CM/ECF System to the following persons: Richard King, USTPRegion01.WO.ECF@USDOJ.GOV and Robert L. O'Brien, robjd@mail2firm.com, roboecf@gmail.com on this 1st day of July, 2011.

_____
PAUL G. CROCHIERE