## United States Bankruptcy Court
### District of Massachusetts

In re   **Comfort Bedding & Furniture, Inc.**                             Case No.
                                   Debtor(s)                    Chapter   **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Errol L. Rick,** declare under penalty of perjury that I am the **President** of **Comfort Bedding & Furniture, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Shareholders and Board of Directors of said corporation at a special meeting duly called and held on the 24th day of June, 2011.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Errol L. Rick, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Errol L. Rick, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Errol L. Rick, President** of this Corporation is authorized and directed to employ **Robert L. O'Brien 653806**, attorney and the law firm of **Robert L. O'Brien** to represent the corporation in such bankruptcy case."

Date   **June 24, 2011**                          Signed   /s/ Errol L. Rick
                                                           **Errol L. Rick**

Resolution of Board of Directors
and
Shareholders
of
Comfort Bedding & Furniture, Inc.

DATED JUNE 24, 2011

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter    11   of Title 11 of the United States Code;

Be It Therefore Resolved, that    Errol L. Rick   , President    of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter    11    voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that    Errol L. Rick   , President    of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that    Errol L. Rick   , President    of this Corporation is authorized and directed to employ   Robert L. O'Brien 653806   , attorney and the law firm of    Robert L. O'Brien    to represent the corporation in such bankruptcy case.

Date    June, 2011                    Signed    _____
                                              Errol L. Rick, Director & Beneficiary & co-Trustee of
                                              Errol L. Rick QSST, Shareholder & as Individual
                                              shareholder

Date    June, 2011                    Signed    _____
                                              Lawrence N. Whiman, Director

Date    June, 2011                    Signed    _____
                                              Shari Whiman, Beneficiary & co-trustee of Shari
                                              Whiman QSST, Shareholder

Date    June, 2011                    Signed    _____
                                              Richard Rocci, Sr., Director & Beneficiary & co-Trustee
                                              of Richard Rocci, Sr. QSST, Shareholder

Date    June, 2011                    Signed    _____
                                              Allan Londad, Co-Trustee of
                                              Errol L. Rick QSST
                                              Shari Whiman QSST &
                                              Richard Rocci, Sr. QSST
                                              Shareholders