## United States Bankruptcy Court
### District of Massachusetts

In re  **Comfort Bedding & Furniture, Inc.**                                             Case No.  **11-42740**
                                    Debtor(s)                                                           Chapter  **11**

## CERTIFICATE OF SERVICE

I hereby certify that on **July 6, 2011**, a copy of Debtor's Motion to Employ Counsel was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

| | | |
|---|---|---|
| AMESBURY CHAIR<br>63 Clinton St.<br>Cherryville NC 28021 | BASSETT FURNITURE IND.<br>P O Box 890544<br>High Point NC 27261 | BEST CHAIRS, INC.<br>1195 Solutions Center<br>Davie FL 33328 |
| BOSTON GLOBE<br>P O Box 4074<br>Lenoir NC 28633 | BRADINGTON YOUNG INC.<br>920 E. First St.<br>McConnellsville NY 13401 | BRAXTON-BB&T<br>1950 W. Greene St. |
| BROUGHTON HALL<br>4801 S. University Dr. #117<br>Freeburg PA 17827 | BROYHILL FURNITURE INDUSTRIES, INC.<br>One Broyhill Park<br>Boston MA 02284 | CAMBRIDGE MILLS<br>8550 Mill Pond Way<br>Hickory NC 28602 |
| Chase<br>PO BOX 15153<br>Wilmington DE 19886 | COLONIAL FURNITURE<br>P. O. Box 117<br>Lenoir NC 20645 | COMMUNITY NEWSPAPER CO.<br>P. O. Box 845908<br>McConnellsville NY 13401 |
| COX<br>220 10th Street SW<br>Martinsville VA 24115 | EAGLE-TRIBUNE<br>100 Turnpike Street<br>Zeeland MI 49464 | FAIRFIELD CHAIR CO.<br>1331 Harper Ave S.W.<br>E. Windsor CT 06088 |
| HARDEN<br>8550 Mill Pond Way<br>Tupelo MS 38802 | HOOKER FURNITURE CORP.<br>P. O. Box 4708<br>Lowell MA 01853 | HOWARD MILLER<br>860 E. Main St.<br>Riverside CA 92508 |
| KING KOIL NORTHEAST<br>24 Thompson Rd.<br>Columbus OH 43271 | LANE<br>P O Box 1627<br>Woodbridge, ON L4L 8N6 | LOWELL SUN<br>P O Box 1477<br>Brockton MA 02303 |

| | | |
|---|---|---|
| MAGNUSSEN HOME FURNISHINGS INC.<br>2325 Cottonwood Ave<br>Plymouth MA 02362 | MANTUA MFG CO.<br>P O Box 714304<br>O'Fallon MO 63368 | MARZILLI INTL.<br>511 Chrislea Road<br>Delphi IN 45923 |
| MATTRESS MAKER<br>46 N. Montella Street<br>Bedford VA 24523 | MICHAEL'S<br>P O Box 1384<br>Stanleytown VA 24168 | MUTUAL DISTRIBUTION SYSTEMS<br>2 Heavenly Valley Drive<br>Stoughton MA 02072 |
| PETERS REVINGTON<br>1100 N. Washington<br>Marden NC | Profit Management Promotions<br>Michael J. Egan<br>2004 Graywalsh Dr<br>Wilmington NC 28405 | SAM MOORE<br>1556 Dawn Drive<br>Delray Beach FL 33445 |
| STANLEY FURNITURE CO.<br>P. O. Box 30<br>Rocky Mount VA 24151 | SYMBOL MATTRESS<br>102 Chisholm Rd.<br>Galax VA 24333 | TEMPLE FURNITURE<br>P. O. Box 185<br>Vernon CT 06066 |
| TWIN-STAR INTERNATIONAL<br>1690 S. Congress Ave Ste 210<br>Dallas TX 75284 | UTTERMOST CO.<br>P.O. Box 558<br>Rocky Mount VA 24151 | VAUGHAN-BASSETT FURNITURE<br>P. O. Box 1549<br>Liberal KS 67905 |
| WAREHOUSE M<br>170 Tunnel Rd<br>Vernon Rockville CT 06066 | WORLDWIDE LOGISTICS<br>P O BOX 847720<br>Portland OR 97221 | |

**/s/ Robert L. O'Brien**
**Robert L. O'Brien 653806**
**Robert L. O'Brien**
**Attorney at Law**
**P.O. Box 357**
**New Boston, NH 03070-0357**
**603-459-9965  Fax:603-250-0822**
**RobJD@mail2firm.com**